S.D.N.Y.
23-cv-3773
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of November, two thousand twenty-six.

Present:
Raymond J. Lohier, Jr.,
*Chief Judge,*
John M. Walker, Jr.,
José A. Cabranes,
*Circuit Judges*.

---

People of the State of New York,

*Plaintiff-Appellee*,

v. 26-2427-cv

Donald J. Trump,

*Defendant-Appellant*.

---

Defendant-Appellant Donald J. Trump appeals from an order of the United States District Court for the Southern District of New York (Hellerstein, *Judge*), entered on August 28, 2026, denying his motion for leave to file a second notice of removal pursuant to 28 U.S.C. §§ 1442 and 1455. *See New York v. Trump*, No. 23-cv-3773, 2026 WL 2544535 (S.D.N.Y. Aug. 28, 2026).

We disagree with the district court. First, the district court erred in holding that removal is categorically unavailable in a state criminal case after a federal officer defendant has been convicted. Second, the district court erred in holding that Defendant-Appellant failed to show "good cause" to justify granting him leave to file a second notice of removal, as defined in our opinion in *New York v. Trump*, 158 F.4th 458, 466 (2d Cir. 2025) (per curiam).

Accordingly, the district court's order denying Defendant-Appellant's motion for leave to file a second notice of removal is **VACATED**, and this case is **REMANDED** to the district court with instructions to **GRANT** Defendant-Appellant's motion for leave to file a second notice of removal. Upon the filing of Defendant-Appellant's motion to remove, the district court shall notify the New York Supreme Court and its Appellate Division that the removal question is

pending in federal court. In order to preserve the status quo, the district court shall also respectfully request that no further proceedings occur in the state courts while the removal question is pending. Upon receipt of the motion to remove and any accompanying papers by the Defendant-Appellant and the Plaintiff-Appellee, the district court shall promptly issue a decision. If, upon consideration, the district court decides that removal shall be permitted, the district court shall adopt the state court judgment.

An opinion setting forth this Court's reasoning for the order remanding with instructions to grant Defendant-Appellant's motion for leave to file a second notice of removal will follow in due course. The time to file any petition or other proceeding under Federal Rule of Appellate Procedure 40 shall commence upon the issuance of an opinion in this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

